1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7168
7
   Attorneys for Plaintiff
8
FILED

FEB - 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05-00149 MHP |
|---|---|
| Plaintiff, | ) GOVERNMENT'S MOTION TO DISMISS |
| v. | ) AND (~~PROPOSED~~) ORDER |
| ELVIN OMAR CABRERA-SOTO, | ) |
| Defendant. | ) |

The United States Attorney's Office for the Northern District of California moves to dismiss the charges against Elvin Omar Cabrera-Soto in the above entitled indictment now pending before this Court pursuant to Federal Rule of Criminal Procedure 48 (a).

DATED: February 6, 2003

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

*/s/ C. David Hall*
C. DAVID HALL
Assistant United States Attorney

(PROPOSED) ORDER

MOTION TO DISMISS
[CR 05-00149] [MHP]

1 | Upon the motion of the United States, the proceedings in the above entitled matter is
2 | dismissed as to the defendant Elvin Omar Cabrera-Soto.
3 | Dated: 2/6/06

HON. MARILYN HALL PATEL
United States District Court Judge

MOTION TO DISMISS
[CR 05-00149] [MHP]